UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE ALBERTO RIVAS ROBIAS, :
*on behalf of himself, FLSA Collective Plaintiffs* :
*and Class Members*, :
:
            Plaintiff, :
:    **ORDER**
v. :    16-CV-2955 (WFK)(VMS)
:
CHUNG CHUN SOON DAE INC. :
d/b/a BYUNGCHUN SOONDAE and :
KANG WON LEE, :
:
            Defendants. :
-------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

       On September 26, 2016, the Court was informed of Plaintiff's acceptance of an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. ECF No. 14.

       The Court hereby orders judgment in favor of Plaintiff Jose Alberto Rivas Tobias and against Defendants Chung Chun Soon Dae Inc. d/b/a Byungchun Soondae and Kang Won Lee in the amount of $15,000.00, inclusive of all damages, liquidated damages, interest, reasonable attorneys' fees, costs and expenses actually incurred, to which Plaintiff is entitled by law. The Clerk of Court is respectfully directed to close this case.

                                         **SO ORDERED.**

                                               s/ WFK

                                      HON. WILLIAM F. KUNTZ, II
                                      UNITED STATES DISTRICT JUDGE

Dated: November 10, 2016
       Brooklyn, New York